AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  1:23-cv-00933-RDB |
| v.<br>BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al., | ) ) ) ) ) | |
| _Defendant(s)_ | ) ) | |

**SUMMONS IN A CIVIL ACTION**
**ON FIRST AMENDED COMPLAINT**

To: _(Defendant's name and address)_

BISON PAINTING & DECORATING CORP., a New York
Domestic Business Corporation
1783 Kenmore Ave
Buffalo, NY 14217-2522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  6/15/2023

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:23-cv-00933-RDB |
| v. | ) | |
| BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al., | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**
**ON FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)*

COLOSSUS, LLC, a New York
Domestic Limited Liability Company
1783 Kenmore Ave
Buffalo, NY 14217-2522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., | ) ) ) ) | |
| _____ | ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:23-cv-00933-RDB |
| v. | ) | |
| BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al., | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

BRD CONSTRUCTION COMPANY INC., a New York
Domestic Business Corporation
82 Pearl Street,
Buffalo, New York 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023    _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al.,<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al.,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:23-cv-00933-RDB |

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

BUFFALO CONSTRUCTION CONSULTANTS, INC., a New York
Domestic Business Corporation
496 Kennedy Road,
Buffalo, New York 14227


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: ___6/15/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND, et al.,

                          )
                          )
                          )
                          )
_____   )
         *Plaintiff(s)*    )
            v.             )
BISON PAINTING & DECORATING CORP., a   )
New York Domestic Business Corporation, et al.,   )
                          )
                          )
                          )
_____   )
         *Defendant(s)*    )

Civil Action No.  1:23-cv-00933-RDB

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

THE J.M. SMUCKER CO., an Ohio
Corporation for Profit
One Strawberry Lane
Orrville, Ohio 44667

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023
     _____                    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., | ) ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:23-cv-00933-RDB |
| BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al., | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

SCHIMENTI CONSTRUCTION COMPANY, LLC, a New York
Domestic Limited Liability Company
575 Lexington Avenue
New York, New York 1002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____6/15/2023_____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:23-cv-00933-RDB |

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

RODEMS CONSTRUCTION COMPANY, INC., a New York
Domestic Business Corporation
3555 N. Buffalo Road, Orchard Park, New York  14127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023
_____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>BISON PAINTING & DECORATING CORP., a New York Domestic Business Corporation, et al.,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:23-cv-00933-RDB

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*
PAUL G. SCOURAS, an
individual
10 Hill Valley Drive
Lancaster, New York 14086


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND, et al.,

_____
Plaintiff(s)

v.

BISON PAINTING & DECORATING CORP., a
New York Domestic Business Corporation, et al.,

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:23-cv-00933-RDB

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

KONSTANTINE SCOURAS, an
individual
691 Willardshire Road,
Orchard Park, New York 14127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/15/2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Maryland

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND, et al.,

$\begin{array}{c}) \\ ) \\ ) \\ ) \\ ) \\ )\end{array}$

_____

*Plaintiff(s)*

v.

BISON PAINTING & DECORATING CORP., a
New York Domestic Business Corporation, et al.,

$\begin{array}{c}) \\ ) \\ ) \\ ) \\ ) \\ ) \\ )\end{array}$

Civil Action No.  1:23-cv-00933-RDB

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

ELENI KONSTANTOPOULOS, an
individual
11 Roycroft Parkway
Elma, New York 14059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq., TUCKER ARENSBERG LLP,
1098 Foster City Boulevard, Set 106 #700, Foster City, CA 94404;

Christopher J. Parker, Jr., Esq., TUCKER ARENSBERG PC,
1500 One PPG Place, Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/15/2023
_____

_____
*Signature of Clerk or Deputy Clerk*